**UNITED STATES of America,
Appellee,**

v.

**Rodney L. EDGERSON, Appellant.**

**No. 00–3878.**

United States Court of Appeals,
Eighth Circuit.

Submitted April 10, 2001.

Decided April 18, 2001.

Before BOWMAN and FAGG, Circuit
Judges, and PIERSOL,* District Judge.

[UNPUBLISHED]

PER CURIAM.

Rodney L. Edgerson appeals his jury conviction for distribution of crack cocaine,

---

* The Honorable Harold D. Vietor, United States District Judge for the Southern District of Iowa, sitting by designation.

* The Honorable Lawrence L. Piersol, United States District Judge for the District of South Dakota, sitting by designation.

arguing the evidence was insufficient to convict him. Viewing the evidence in the light most favorable to the verdict and giving the verdict the benefit of all reasonable inferences, we conclude a reasonable jury could have found Edgerson guilty beyond a reasonable doubt on each essential element of the charge. We thus affirm Edgerson's conviction.**

A true copy.

---

** The Honorable G. Thomas Eisele, United States District Judge for the Eastern District of Arkansas.

